IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEIDRE L. DENNIS, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC<br><br>    Defendant. | :<br>:<br>:   CIVIL ACTION<br>:<br>:<br>:<br>:   NO. 14-2865<br>:<br>:<br>: |

## ORDER

**AND NOW**, this 20th day of *October*, 2014, upon consideration of Defendant Trans Union, LLC. ("Defendant")'s Motion to Dismiss Count One of Plaintiff's Class Action Complaint (Docket No. 23), Plaintiff Deirdre L. Dennis ("Plaintiff")'s Response in Opposition (Docket No. 24), Defendant's Reply Brief (Docket No. 25), Plaintiff's Sur-Reply Brief (Docket No. 26), and Defendant's Response to Plaintiff's Sur-Reply (Docket No. 27), it is hereby **ORDERED** that:

1. Defendant's Motion to Dismiss Count One of Plaintiff's Class Action Complaint is **DENIED**; and

2. Defendant has twenty (20) days in which to file an Answer to the entirety of Plaintiff's Complaint.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.