IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEIDRE L. DENNIS, on behalf of herself and all others similarly situated, | : : : : : : : : : : | CIVIL ACTION NO. 14-2865 |
| Plaintiff, | | |
| v. | | |
| TRANS UNION, LLC | | |
| Defendant. | | |

## ORDER

**AND NOW**, this *12th* day of *January*, 2016, upon consideration of the Motion to Stay by Defendant Trans Union, LLC ("Defendant") (Docket No. 37), Defendant's Request for Judicial Notice in Support of its Motion to Stay (Docket No. 38), Plaintiff Deidre L. Dennis ("Plaintiff")'s Response in Opposition (Docket No. 40), Defendant's Reply (Docket No. 42), Defendant's Supplemental Request for Judicial Notice in Support of its Motion to Stay (Docket No. 43), Defendant's Notice of Supplemental Authority (Docket No. 44), and Defendant's Notice of Supplemental Authority (Docket No. 46), it is hereby **ORDERED** that:

1. Defendant's Motion to Stay the Action is **DENIED WITHOUT PREJUDICE** to renewal following any motion by Plaintiff to obtain class certification.

2. The Scheduling Order of November 18, 2015 (Docket No. 47) remains in effect.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.