IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEIDRE L. DENNIS,** on behalf of herself and all others similarly situated, | ) ) ) ) | C. A. No. 2:14-cv-02865-MSG |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) | |
| **TRANS UNION, LLC** | ) ) | |
| Defendant. | ) ) | |

## JOINT STATUS REPORT

Plaintiff Deidre L. Dennis and Defendant Trans Union, LLC (the Parties), by and through their respective counsel, hereby jointly submit this joint status report pursuant to the Court's March 14, 2016 Order. Dkt. No. 64. The Parties have been engaged in settlement negotiations, which culminated in Plaintiff making a written settlement proposal to Defendant on April 15, 2016. Defendant requires additional time to evaluate and respond to Plaintiff's proposal. The Parties therefore jointly request that this litigation remain stayed, and propose to provide a further status report no later than May 27, 2016.

Respectfully submitted,

| | |
|---|---|
| **FRANCIS & MAILMAN, P.C.** | **STROOCK & STROOCK & LAVAN LLP** |
| BY:  *s/ John Soumilas*<br>John Soumilas<br>Land Title Building, 19th Floor<br>100 South Broad Street<br>Philadelphia, PA 19110<br>(215) 735-8600<br>jsoumilas@consumerlawfirm.com | BY:  */s/ Brian C. Frontino*<br>Brian C. Frontino<br>200 South Biscayne Boulevard<br>Miami, FL 33131<br>(305) 358-9900<br>bfrontino@stroock.com |

DATE:  April 22, 2016

## CERTIFICATE OF SERVICE

I, John Soumilas, do hereby certify that a true and correct copy of the foregoing Joint Status Report was electronically filed with the Court on the below listed date and is available for viewing and downloading from the ECF System. All counsel of record were served via electronic notification.

                              **FRANCIS & MAILMAN, P.C.**

BY:   */s/ John Soumilas*
           Land Title Building, 19th Floor
           100 South Broad Street
           Philadelphia, PA 19110
           (215) 735-8600